■ VIVIAN TUCKER, Appellant, v VILLAGE AND TOWN OF MOUNT KISCO et al., Respondents, and JEAN SMITH, Defendant. [669 NYS2d 1017] —Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Ingrassia, J.), entered October 24, 1996.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Ingrassia at the Supreme Court. Bracken, J. P., Santucci, Altman and McGinity, JJ., concur.